UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Thomas E. Perez, SECRETARY OF LABOR, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIDGEPORT HEALTH CARE CENTER, INC. and CHAIM STERN, Individually<br><br>　　　　Defendants. | CIVIL ACTION NO.:<br>3:16-cv-01519-AVC<br><br><br><br><br><br><br><br>SEPTEMBER 13, 2019 |

## MOTION TO WITHDRAWAL APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw Milanna Datlow's appearance on behalf of the Defendant, Bridgeport Health Care Center, Inc., in this action as she is no longer affiliated with Litchfield Cavo LLP. The undersigned will maintain her appearance on behalf of the Defendant in this matter.

WHEREFORE, for the foregoing reason, the undersigned respectfully requests that this motion to withdraw Milanna Datlow's appearance on behalf of the Defendant, Bridgeport Health Care Center, Inc., be granted.

```
                                THE DEFENDANT,
                                BRIDGEPORT HEALTH CARE CENTER, INC.,


                            By  /s/ Melicent B. Thompson
                                Melicent B. Thompson, ct19868
                                Brian Clifford, ct30442
                                Litchfield Cavo LLP
                                82 Hopmeadow Street, Suite 210
```

              Simsbury, CT 06089-9694
              Tel:  (860) 413-2800
              Fax:  (860) 413-2801
              thompson@litchfieldcavo.com
              clifford@litchfieldcavo.com
              Co-Counsel for Defendant,
              Bridgeport Healthcare
              Center, Inc.

## CERTIFICATION OF SERVICE

I hereby certify that on this 13th day of September, 2019, a copy of the foregoing Motion to Withdrawal Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      */s/ Melicent B. Thompson*
Melicent B. Thompson, ct19868
Brian Clifford, ct30442
Litchfield Cavo LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089-9694
Tel:  (860) 413-2800
Fax:  (860) 413-2801
thompson@litchfieldcavo.com
clifford@litchfieldcavo.com
Co-Counsel for Defendant,
Bridgeport Healthcare
Center, Inc.